**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-01073-RM-TPO

BONNIE MASER, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

COMMONSPIRIT HEALTH,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order (Doc. 45) entered by Judge Raymond P. Moore on December 3, 2024, it is

ORDERED that the Objection (ECF No. 41) is OVERRULED, and the Recommendation (ECF No. 40) is ACCEPTED. It is

FURTHER ORDERED that judgment is entered in favor of the defendant and against the plaintiff. It is

FURTHER ORDERED that Plaintiffs' complaint and action are dismissed. It is

FURTHER ORDERED that this case is closed.

Dated at Denver, Colorado this 3rd day of December, 2024.

                                      FOR THE COURT:
                                      JEFFREY P. COLWELL, CLERK

                                  By:   s/Robert R. Keech
                                          Robert R. Keech,
                                          Deputy Clerk